IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH SLEDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04cv583-F |
| | ) |
| GENERAL ELECTRIC COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 26 July 2005, the Magistrate Judge filed a Recommendation (Doc. #47) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby ORDERED that:

1. The Recommendation be and is hereby ADOPTED;

2. The Motion to Nonsuit filed by the plaintiff on 28 February 2005 (Doc. #46), which has been construed as a Voluntary Dismissal, is GRANTED;

3. The defendants' Motion to Dismiss filed on 10 January 2005 (Doc. #34) is DENIED as moot;

4. All of the plaintiff's claims against the defendants are DISMISSED without prejudice; and

5.      Each party shall pay his own costs.


Done this the 11th day of August, 2005.


                                                     /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE